# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| SBA TOWERS IX, LLC AND PITTSBURGH SMSA LIMITED PARTNERSHIP D/B/A VERIZON WIRELESS, | : | No. 113 WAL 2018 |
| | : | |
| | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| Petitioners | : | |
| | : | |
| v. | : | |
| | : | |
| UNITY TOWNSHIP ZONING HEARING BOARD AND DR. CHRIS AND JILL BELLICINI; JAMES AND MEGAN MCINTOSH; EDWARD AND KATHY SOBOTA; AND CHRISTOPHER AND LYNN SCHMAUCH AND WESTMORELAND COUNTY AIRPORT AUTHORITY, | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

**AND NOW**, this 5th day of September, 2018, the Petition for Allowance of Appeal is **DENIED**.